UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN J. HERNANDEZ, | ) | Case No. CV 09-4426 RGK(JC) |
| | ) | |
| Petitioner, | ) | (~~PROPOSED~~) JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DERRAL G. ADAMS, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: January 8, 2014

*[signature: Gary Klausner]*

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE